**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY- SUITE 715
NEW YORK, NEW YORK 10007

| | |
|---|---|
| MEMBER OF THE BAR | TEL. (212) 686-8111 |
| NEW YORK | FAX. (212) 202-7800 |
| | E-MAIL - rpalma77@gmail.com |

August 24, 2023

**ECF**

Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
   for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

      Re:    U.S. v. Loten Jigme, 22 Cr. 0483-02 (JLR)
              With the Consent of the Government, Defense Requests a 2-week
              Adjournment of Sentencing Hearing to September 19, 2023.

Dear Judge Rochon,

     First, I apologize for failing to comply with the Court's Individual Rules of Practice by missing the August 22nd submission date of Mr. Loten Jigme's sentencing memorandum. This was clearly an oversight on my part by misreading the Court's rules. Second, after consulting with the Government, A.U.S.A. Elizabeth Espinoza consents to the Defense's 2-week adjournment of Mr. Jigme's sentencing hearing to September 19, 2023, or any date thereafter convenient to the Court. This is the first time that such a request has been sought.

     Should Your Honor have any questions regarding this matter, I am available immediately by cellular phone, 917-751-5754.

     Thank you.

                                            Respectfully submitted,
                                            s/ Richard Palma
                                            Richard Palma

The request is GRANTED.  Sentencing in this matter is adjourned to **September 21, 2023** at 11:00 a.m. in Courtroom 20B.  Defense counsel shall submit a sentencing memorandum no later than **September 7, 2023**, and the Government shall respond no later than **September 14, 2023**.

Dated: August 25, 2023      SO ORDERED
       New York, New York

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge